```
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - -
UNITED STATES OF AMERICA,          :
                                   :    Civ. No. _____
        v.                         :
                                   :    Crim. No. 00-10077(WGY)
DAVID MOLLOY,                      :
        Petitioner,                     APPLICATION FOR APPOINTMENT
                                   :    OF COUNSEL
- - - - - - - - - - - - - - - - -
```

COMES NOW, David Molloy, the petitioner moves this Honorable Court, the U.S. District Court, for the District of Masachusetts, Honorable William G. Young, for the appointment of Mr. Aziz Safar, Empire State Building, Suite 3304, 15M, New York, New York 10118, who was previously assigned by the Court of Appeals for the First Circuit for direct briefing; pursuant to this Court's discretion, United States v. Vasquez, 7 F.3d 81, 83 (5th Cir. 1993); Oliver v. U.S., 961 F.2d 1339 (7th Cir. 1992); and U.S. v. Barnes, 662 F.2d 777 (D.C.Cir. 1980) (appointment of counsel left to judge's discretion).

Moreover, the petitioner asserts that he is entitled to transcripts of prior proceedings; specifically, plea and sentencing proceedings held before this Honorable Court. See, 28 U.S.C. § 753(f)(2000); U.S. v. Horvath, 157 F.3d 131 (2d Cir, 1998), in order to assist in the adjudication of the annexed application for section 2255 relief; and for such other and further relief as this Court may deem just and proper.

October 20, 2004

To: AUSA

    Mr. Aziz Safar, Esquire.

Respectfully,

_____
David Molloy Pro SE