CERTIFICATE OF SERVICE

I, David Molloy certify that I've sent one copy of this motion to:

John T. McNeil
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

On October 21st, 2004.

_____
David Molloy

Also two copies to:

Clerk
U.S. District Court
District of Massachusetts
Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210