David Malloy
Federal Register No. 22993-038
FCI Raybrook
P.O. Box 9007
Raybrook, New York
12977

United States Court of Appeals
First Circuit
1 Courthouse Way
Boston, MA
02210

Re: United States v. David Malloy
    Case No. 1:04-CV-12248

Dear Clerk of the Court,
    On 11/2/04, the Honorable Justice, William G. Young, granted a Certificate of Appealability as to a denial of a habeas petition to vacate, or set aside a sentence.
    I would like a briefing schedule as to the filing of the "brief" for the Court of Appeals' review. Please tell me when the brief is due; how many copies will I need to file, assuming arguendo that I receive from the Court, my application to proceed in forma pauperis; and whether I have to serve the government with a copy.
    Similarly, as I applied to the district court for the appointment of counsel, specifically, Mr. Aziz Safar, who was previously assigned to brief me direct appeal, petition for re±hearing, and certiorari, he is well acquainted with the details of my case, and is willing to proceed if assigned.
    Thank you for your time and I look foward to hearing from you as soon as possible.

November 7, 2004

                                              Respectfully,
                                              [signature]
                                              David Malloy