Affidavit to Accompany
Motion for Leave to Appeal in Forma Pauperis

FILED
IN CLERKS OFFICE

2005 FEB 10 P 1: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

District Court No. 1:04-CV-12248 *pro se* WGY
Appeal No. 04-2603

David Molloy
(Appellant)

v.

U.S
(Appellee)

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: *David J Molloy*

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 2/8/05

My issues on appeal are:

THE 4 POINT ENHANCEMENT IMPOSED
VIOLATES THE SIXTH AMENDMENT TO
THE U.S CONSTITUTION.

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 1000⁰⁰ | $ | $ 50⁰⁰ | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): | $ 0 | $ | $ 0 | $ |
| Total Monthly income: | $ 50⁰⁰ | $ | $ | $ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| CHEMLAWN | N. ANDOVER, MA | 1994 - 2000 | 1000⁰⁰ |
| | | | |
| | | | |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

*4. How much cash do you and your spouse have?* $ __ZERO__

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| ZERO | — | $ — | $ |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

*5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| **Home** (Value) | **Other real estate** (Value) | **Motor Vehicle #1** (Value) |
|---|---|---|
| NONE | NONE | Make & year: NONE |
| | | Model: |
| | | Registration#: |

| **Motor Vehicle #2** (Value) | **Other assets** (Value) | **Other assets** (Value) |
|---|---|---|
| Make & year: NONE | | |
| Model: | | |
| Registration#: | | |

*6. State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | | |

*7. State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| NONE | | |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ NONE | $ |
| Are any real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ NONE | $ |
| Home maintenance (repairs and upkeep) | $ NONE | $ |
| Food | $ 20.00 | $ |
| Clothing | $ NONE | $ |
| Laundry and dry-cleaning | $ 10.00 | $ |
| Medical and dental expenses | $ NONE | $ |
| Transportation (not including motor vehicle payments) | $ NONE | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ NONE | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ NONE | $ |
| Homeowner's or renter's | $ N/A | $ |
| Life | $ N/A | $ |
| Health | $ N/A | $ |
| Motor Vehicle | $ N/A | $ |
| Other: | $ N/A | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): | $ NONE  100.00/month | $ |
| Installment payments | $ ~~[crossed out]~~ | $ |
| Motor Vehicle | $ NONE | $ |
| Credit card (name): DISCOVER | $ 100.00 | $ |
| Department store (name): | $ None | $ |
| Other: | $ None | $ |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ NoNe | $ _____ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ NoNe | $ _____ |
| Other (specify): _____ | $ NoNe | $ _____ |
| **Total monthly expenses:** | $ 130⁰⁰ | $ _____ |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☒ Yes  ☐ No                    If yes, describe on an attached sheet.

MAYBE I'LL BE HOME AND CAN WORK.

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☒ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes ☒ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
_____
_____
_____

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

BECAUSE I'M IN PRISON AND HAVE BEEN HERE FOR OVER 4 YRS WITH NO MONEY COMING IN.

5

*13. State the address of your legal residence.*
F.C.I RAYBROOK P.O. BOX 9009
RAYBROOK NY, 12977

Your daytime phone number: (―)
Your age: 28     Your years of schooling: 9

[redacted]

Date: 02/07/2005
Time: 9:37:52 am

Facility: RBK

**Federal Bureau of Prisons**
**TRUFACS**
**View Inmate Transactions**
Limited Official Use

Criteria: Commissary Transactions

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/03/2005 08:24:28 AM | 22993038 | MOLLOY, DAVID | RBK | RBK3001 | Sales | ($25.10) | 8 | | | $77.07 |
| 01/26/2005 12:10:56 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3003 | Sales | $0.00 | 41 | | | $2.17 |
| 01/20/2005 11:47:32 AM | 22993038 | MOLLOY, DAVID | RBK | RBK3002 | Sales | ($14.10) | 9 | | | $2.17 |
| 01/12/2005 08:25:33 AM | 22993038 | MOLLOY, DAVID | RBK | RBK3001 | Sales | ($14.80) | 13 | | | $16.27 |
| 12/27/2004 05:30:20 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3003 | Sales | ($67.10) | 88 | | | $33.31 |
| 12/14/2004 05:44:30 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3003 | Sales | ($253.70) | 94 | | | $46.41 |
| 12/09/2004 05:26:09 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3002 | Sales | ($7.40) | 69 | | | $298.11 |
| 12/09/2004 05:25:21 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3002 | Sales | ($14.80) | 68 | | | $305.51 |
| 11/23/2004 05:29:57 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3003 | Sales | ($34.80) | 69 | | | $2.79 |
| 11/18/2004 05:16:11 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3003 | Sales | ($8.60) | 63 | | | $67.59 |
| 11/18/2004 05:10:47 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3003 | Sales | ($136.65) | 61 | | | $76.19 |
| 11/10/2004 11:40:07 AM | 22993038 | MOLLOY, DAVID | RBK | RBK3001 | Sales | ($129.10) | 69 | | | $12.84 |
| 11/04/2004 05:14:32 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3002 | Sales | ($22.20) | 56 | | | $141.94 |
| 10/27/2004 05:42:05 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3002 | Sales | ($90.55) | 146 | | | $11.50 |
| 10/18/2004 05:16:44 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3002 | Sales | ($10.55) | 56 | | | $2.05 |
| 10/14/2004 05:24:51 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3002 | Sales | ($187.90) | 146 | | | $12.60 |
| 10/07/2004 05:17:53 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3002 | Sales | ($61.70) | 88 | | | $41.50 |

WorkstationID: RBK2CVMB21

UserID: RBK0004

Page 1 of 2

Date: 02/07/2005  
Time: 9:37:52 am  

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Limited Official Use  

Facility: RBK

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/2004 05:13:57 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3002 | Sales | ($7.90) | 89 | | | $0.80 |
| 09/30/2004 05:12:44 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3002 | Sales | ($32.10) | 88 | | | $8.70 |
| 09/16/2004 05:30:50 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3002 | Sales | ($231.10) | 103 | | | $79.80 |
| 09/08/2004 05:02:28 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3001 | Sales | ($29.45) | 96 | | | $7.90 |
| 08/30/2004 04:43:55 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3001 | Sales | ($47.05) | 8 | | | $34.95 |
| 08/26/2004 04:56:23 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3001 | Sales | ($19.60) | 7 | | | $2.00 |
| 08/16/2004 05:15:04 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3003 | Sales | ($46.80) | 25 | | | $33.60 |
| 08/02/2004 05:03:34 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3001 | Sales | ($79.00) | 98 | | | $25.40 |
| 07/27/2004 05:36:56 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3001 | Sales | ($11.00) | 101 | | | $2.00 |
| 07/13/2004 05:27:48 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3002 | Sales | ($66.65) | 15 | | | $13.00 |
| 07/09/2004 05:07:10 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3003 | Sales | ($79.00) | 54 | | | $129.65 |
| 06/28/2004 04:51:32 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3001 | Sales | ($20.10) | 106 | | | $5.05 |
| 06/16/2004 05:09:49 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3002 | Sales | ($21.10) | 68 | | | $55.15 |
| 06/04/2004 05:07:53 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3001 | Sales | ($89.30) | 58 | | | $110.85 |
| 05/18/2004 05:19:29 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3002 | Sales | ($30.35) | 82 | | | $12.15 |
| 05/11/2004 04:46:45 PM | 22993038 | MOLLOY, DAVID | RBK | RBK3001 | Sales | ($137.55) | 51 | | | $62.50 |

Total Number Transactions: 33

FILED
IN CLERKS OFFICE
2005 FEB 10 P 1:34
U.S. DISTRICT COURT
DISTRICT OF MASS

To Clerk

This is the 2nd I.F.P Form I've filled out and sent to you. Please try to understand I'm 28 yrs old and have spent the last 4 yrs in prison so I'm no lawyer — I desperately need an attorney assigned to me to help me with my case. I've been waiting to hear back about counsel to represent me but nothing??

Please Help
?

David Molloy
#22913-038
F.C.I Raybrook
P.O. Box 9009
Raybrook, N.Y. 12977

2/8/05