### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USCA Docket Number: 04-2603

USDC Docket Number : 04-cv-12248

David Molloy

v.

United States of America

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 9 & electronic order are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 25, 2005.

Tony Anastas, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/25/05

*[signature]*
Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]