# MANDATE
# United States Court of Appeals
## For the First Circuit

No. 04-2603

### DAVID MOLLOY

Petitioner - Appellant

v.

### UNITED STATES

Respondent - Appellee

---

**JUDGMENT**
**Entered: July 26, 2005**

By notices issued on June 7, 2005 and July 1, 2005, appellant was notified that he was in default for failure to file his appellant's brief. Appellant was warned that unless action was taken by July 15, 2005, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file his appellant's brief, therefore it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 3(b).

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

By: **JULIE GREGG**

*George Vitar*

**Deputy Clerk**

Operations Manager

**Date:** 9/16/05

[cc: John T. McNeil, AUSA, Dina Michael Chaitowitz, AUSA, David Molloy]